UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN RAPP, et al.,<br><br>     Plaintiffs,<br> v.<br><br>NAPHCARE INC, et al.,<br><br>     Defendants. | CASE NO. 3:21-cv-05800-DGE<br><br>ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BRUCE KARL |

On December 27, 2022, the Parties filed a Stipulation of Dismissal of all claims against Defendant Bruce Karl in his personal capacity under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 125.) Accordingly, all claims against Defendant Bruce Karl are DISMISSED with prejudice.

Dated this 3rd day of January, 2023.

David G. Estudillo
United States District Judge

ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BRUCE KARL - 1