UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN RAPP, et al.,<br><br>     Plaintiffs,<br> v.<br><br>NAPHCARE INC, et al.,<br><br>     Defendants. | CASE NO. 3:21-cv-05800-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL SCHEDULE (DKT. NO. 267) |

  Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(b)(6), the parties in this action jointly move the Court to extend the Trial Schedule. (Dkt. No. 256.) The current Trial Schedule lists the deadline to file dispositive motions as December 15, 2023. On November 13, 2023, the Court granted Defendant Kitsap County's Motion to Strike (Dkt. No. 245), and granted in part and denied in part Defendant NaphCare, Inc. ("NaphCare")'s Motion to Strike and Dismiss Plaintiffs' Third Amended Complaint (Dkt. No. 247). (Dkt. No. 266.) This Court's ruling, and the Plaintiffs' anticipated Fourth Amended Complaint due on November 30, materially impact the arguments made in the parties' forthcoming dispositive motions. Good cause

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL SCHEDULE (DKT. NO. 267) - 1

therefore exists to extend the deadlines listed in the Trial Schedule, as proposed below, and vacate remaining deadlines.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Deadline to file Fourth Amended Complaint | - | November 30, 2023 |
| Deadline to file motion to dismiss | - | January 14, 2024 |
| Deadline to file dispositive motions | December 15, 2023 | 30 days after Order on motion to dismiss |
| Joint Status Report | - | 15 days after Order on dispositive motions |
| Status Conference | - | 15 days after Order on dispositive motions |

Pursuant to the parties' stipulation, IT IS SO ORDERED. In accordance with the parties' request to "vacate remaining deadlines," the trial date and other corresponding deadlines are STRICKEN. If it was not the intent of the parties to strike the trial date, the parties are directed to move the Court for relief.

Dated this 17th day of November 2023.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL SCHEDULE (DKT. NO. 267) - 2