THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN RAPP, in his Personal Capacity and as Personal Representative of the Estate of NICHOLAS WINTON RAPP, deceased; N.R., by and through parent and guardian MEGAN F. WABNITZ; and JUDITH RAPP, in her Personal Capacity,

Plaintiffs,

vs.

NAPHCARE, INC., an Alabama corporation; KITSAP COUNTY, a political subdivision of the State of Washington; GARY SIMPSON, in his personal capacity; JOHN GESE, in his Personal Capacity; MARK RUFENER, in his Personal Capacity; ODESSA MCCLEARY, in her Personal Capacity; ERICA MOLINA, in her Personal Capacity; BRANDON ROHDE, in his Personal Capacity; ANDREW HREN, in his Personal Capacity; ELVIA DECKER, in her Personal Capacity; ALANNA SANDACK, in her Personal Capacity; HAVEN LADUSTA, in her Personal Capacity; RIPSY A. NAGRA in her Personal Capacity; and JOHN PETERSEN, in his Personal Capacity,

Defendants.

No. 3:21-cv-5800-DGE

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES**

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiffs John Rapp, N.R., by and through parent and guardian Megan F. Wabnitz, and Judith Rapp ("Plaintiffs); Defendants NaphCare, Inc. ("NaphCare"), Odessa McCleary, Erica Molina, Alanna Sandack, and LaDusta Haven (together with NaphCare, the "NaphCare Defendants"); Defendants Kitsap County, Gary Simpson, John Gese, Mark Rufener, Brandon Rohde, Andrew Hren, Elvia Decker, and John Petersen (collectively, the "County Defendants"); and Defendant Ripsy Nagra ("Ms. Nagra"), by and through their respective undersigned attorneys (collectively "the Parties"), hereby move to extend upcoming deadlines to respond to and file reply briefs in support of the NaphCare Defendants' motions for summary judgment (Dkts. 294 and 296), Ms. Nagra's motion for summary judgment (Dkt. 304), and Plaintiffs' motion for partial summary judgment (Dkt. 307) according to the schedule proposed below.

The Parties have conferred and agreed that the proposed schedule is necessary and in the best interests of all Parties for the reasons described below:

1. Despite diligent litigation and best efforts to avoid delay, the Parties agree that the extension of the deadlines is necessary due to scheduling conflicts. Plaintiffs' counsel have a trial scheduled for September 16 to September 30, 2024. The NaphCare Defendants' counsel also have competing scheduling issues.

2. The Parties agree to keep the extant response and reply deadlines for the County Defendants' motions for summary judgment (Dkts. 297 and 300).

3. Accordingly, the Parties have stipulated to extending the forthcoming motions deadlines as follows:

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to respond to the NaphCare Defendants' motions for summary judgment (Dkts. 294 and 296) | 9/9/2024 | 9/23/2024 |
| Deadline to file reply briefs in support of the NaphCare Defendants' motions for summary judgment (Dkts. 294 and 296) | 9/16/2024 | 10/14/2024 |
| Deadline to respond to Ms. Nagra's motion for summary judgment (Dkt. 304) | 9/9/2024 | 9/23/2024 |
| Deadline to file reply brief in support of Ms. Nagra's motion for summary judgment (Dkt. 304) | 9/16/2024 | 10/14/2024 |
| Deadline to respond to Plaintiffs' motion for partial summary judgment (Dkt. 307) | 9/9/2024 | 9/23/2024 |
| Deadline to file reply brief in support of Plaintiffs' motion for partial summary judgment (Dkt. 307) | 9/16/2024 | 10/14/2024 |

DATED: August 30, 2024

Presented by:

*s/ David A. Perez, WSBA # 43959*
*s/ Elvira Castillo, WSBA # 43893*
*s/ Stephanie Olson, WSBA # 50100*
*s/ Mason Ji, WSBA # 58292*
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
E-mail: Dperez@perkinscoie.com
E-mail: Ecastillo@perkinscoie.com
E-mail: Solson@perkinscoie.com
E-mail: MJi@perkinscoie.com

*Attorneys for Defendants NaphCare, Inc.,*

STIP. MOT. AND ORDER TO EXTEND DEADLINES - 3
No. 3:21-cv-05800-DGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

168784968.2

*Odessa McCleary, LaDusta Haven, Erica Molina, and Alanna Sandack*

*s/ R. Omar Riojas, WSBA # 35400*
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: riojas@goldfarb-huck.com

*Attorney for Defendant Ripsy Nagra*

*s/ Katherine A. Cummings, WSBA # 51646*
**Kitsap County Prosecutor's Office**
614 Division Street MS-35A
Port Orchard WA 98366-7148
Telephone: (360) 337-7174
Facsimile: (360) 337-4949
E-mail: kacummings@kitsap.gov
E-mail: aaruiza@kitsap.gov
E-mail: igeorge@kitsap.gov
E-mail: christy@kitsaplawgroup.com

*Attorneys for Defendants Kitsap County, Gary Simpson, John Gese, Mark Rufener, Brandon Rhode, Andrew Hren, Elvia Decker, John Petersen*

s/ *Ryan Dreveskracht, WSBA # 42593*
*s/ Gabriel Galanda, WSBA # 30331*
*s/ Corinne Sebren, WSBA # 58777*
**Galanda Broadman, PLLC**
8606 35th Avenue NE, Ste. L1
P. O. Box 15146
Seattle, WA 98115
Telephone: (206) 909-3842
Facsimile: (206) 299-7690
E-mail: ryan@galandabroadman.com
E-mail: gabe@galandabroadman.com
E-mail: corinne@galandabroadman.com

*Attorneys for Plaintiffs*

STIP. MOT. AND ORDER TO EXTEND DEADLINES - 4
No. 3:21-cv-05800-DGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

168784968.2

**ORDER**

**IT IS SO ORDERED**

Dated this 3rd day of September 2024

THE HONORABLE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ David A. Perez, WSBA # 43959*
*s/ Elvira Castillo, WSBA # 43893*
*s/ Stephanie Olson, WSBA # 50100*
*s/ Mason Ji, WSBA #. 58292*
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
E-mail: Dperez@perkinscoie.com
E-mail: Ecastillo@perkinscoie.com
E-mail: Solson@perkinscoie.com
E-mail: MJi@perkinscoie.com

*Attorneys for Defendants NaphCare, Inc., Odessa McCleary, LaDusta Haven, Erica Molina, and Alanna Sandack*

*s/ R. Omar Riojas, WSBA # 35400*
**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
E-mail: riojas@goldfarb-huck.com

*Attorney for Defendant Ripsy Nagra*

STIP. MOT. AND ORDER TO EXTEND DEADLINES - 5
No. 3:21-cv-05800-DGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

168784968.2

*s/ Katherine A. Cummings, WSBA # 51646*
**Kitsap County Prosecutor's Office**
614 Division Street MS-35A
Port Orchard WA 98366-7148
Telephone: (360) 337-7174
Facsimile: (360) 337-4949
E-mail: kacummings@kitsap.gov
E-mail: aaruiza@kitsap.gov
E-mail: igeorge@kitsap.gov
E-mail: christy@kitsaplawgroup.com

*Attorneys for Defendants Kitsap County, Gary Simpson, John Gese, Mark Rufener, Brandon Rhode, Andrew Hren, Elvia Decker, John Petersen*

s/ *Ryan Dreveskracht, WSBA # 42593*
*s/ Gabriel Galanda, WSBA # 30331*
*s/ Corinne Sebren, WSBA # 58777*
**Galanda Broadman, PLLC**
8606 35th Avenue NE, Ste. L1
P. O. Box 15146
Seattle, WA 98115
Telephone: (206) 909-3842
Facsimile: (206) 299-7690
E-mail: ryan@galandabroadman.com
E-mail: gabe@galandabroadman.com
E-mail: corinne@galandabroadman.com

*Attorneys for Plaintiffs*

STIP. MOT. AND ORDER TO EXTEND DEADLINES - 6
No. 3:21-cv-05800-DGE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

168784968.2