UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN RAPP,<br><br>      Plaintiff,<br><br> v.<br><br>NAPHCARE INC,<br><br>      Defendant. | CASE NO. 3:21-cv-05800-DGE<br><br>ORDER DIRECTING RESPONSES TO MOTIONS FOR RECONSIDERATION (DKT. NOS. 357, 358) AND GRANTING OVERLENGTH BRIEF (DKT. NO. 360) |

  The Court ORDERS Plaintiffs to respond to Kitsap County's Motion for Partial Reconsideration or Clarification (Dkt. No. 357) and ORDERS Defendants NaphCare and Kitsap County to respond to Plaintiffs' Motion for Partial Reconsideration (Dkt. No. 358.) Plaintiffs' response to Kitsap's motion shall not exceed 2,000 words, and Defendants' responses to Plaintiffs' motion shall not exceed 4,100 words each. Responses shall be filed on or before February 14th, 2025, and no reply briefs will be accepted.

  Additionally, the Court acknowledges NaphCare's Objections that Plaintiffs' motion is overlength (Dkt. No. 359), which Plaintiffs concede was an "honest mistake." (Dkt. No. 360 at

ORDER DIRECTING RESPONSES TO MOTIONS FOR RECONSIDERATION (DKT. NOS. 357, 358) AND GRANTING OVERLENGTH BRIEF (DKT. NO. 360) - 1

1.) The Court GRANTS Plaintiffs' motion for an overlength brief (Dkt. No. 360) in order to facilitate a resolution on the merits, especially considering the length of the Court's January 14, 2025 Order and the issues involved. The Court is providing each Defendant with a word limit similar to the word count in Plaintiffs' motion, so that neither Defendant is prejudiced (likewise, the word limit for Plaintiffs' response is similar to the length of Kitsap County's motion).

Dated this 30th day of January, 2025.

David G. Estudillo
United States District Judge