1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THE HONORABLE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JOHN RAPP, in his Personal Capacity and as
Personal Representative of the Estate of
NICHOLAS WINTON RAPP, deceased; *et al*.

Plaintiffs,

v.

NAPHCARE, INC., an Alabama Corporation;
*et al.*,

Defendants.

NO. 3:21-cv-05800-DGE

**STIPULATED MOTION TO APPROVE
SETTLEMENT AND DISMISS AND
DISMISSAL ORDER**

## I.    INTRODUCTION

Plaintiffs, JOHN RAPP, in his Personal Capacity and as Personal Representative of the
Estate of NICHOLAS WINTON RAPP, deceased; N.R., by and through parent and guardian
MEGAN F. WABNITZ; and JUDITH RAPP, in her Personal Capacity, ("Plaintiffs") and
NAPHCARE, INC., an Alabama corporation; KITSAP COUNTY, a political subdivision of the
State of Washington; GARY SIMPSON, in his personal capacity; JOHN GESE, in his Personal
Capacity; MARK RUFENER, in his Personal Capacity; BRANDON ROHDE, in his Personal
Capacity; ANDREW HREN, in his Personal Capacity; ELVIA DECKER, in her Personal
Capacity; JOHN PETERSEN, in his Personal Capacity; JOHN and JANE DOES 2-10, in their
Personal Capacities, ("Defendants") (collectively "Parties") by and through their counsel of
record, respectfully request the Court approve a settlement agreement reached between the Parties

STIPULATED MOTION TO APPROVE SETTLEMENT
AND DISMISS AND DISMISSAL ORDER - 1
[3:21-CV-05800-DGE]

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1
2

and dismiss this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement Guardian ad Litem Report ("SGAL Report").

3
4

## II.    RELIEF REQUESTED

5
6

The Parties respectfully request that the Court issue an order approving the settlement agreement reached between the Parties and dismiss this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL Report.

7
8

## III.    EVIDENCE RELIED UPON

9
10

This Stipulated Motion to Approve Settlement and Dismiss ("Motion") is based upon the Settlement GAL Report dated November 5, 2025, on file with this Court, which, in turn, is based on a CR2A Settlement Agreement ("Settlement Agreement").

11

## IV.    STATEMENT OF FACTS

12
13
14

On October 28, 2021, Plaintiffs filed a complaint against Defendants alleging negligence and violations of 42 U.S.C. § 1983. The Parties have since negotiated a global settlement of all claims asserted. *See* Dkt. 382.

15
16
17
18
19

On August 22, 2025, the Court appointed John Wilson to serve as Settlement *Guardian ad Litem* ("GAL") for N.R., a minor. Mr. Wilson prepared a Settlement SGAL Report, which was filed with the Court on November 5, 2025 (Dkt. 387). The terms of the settlement are provided in the Settlement Guardian ad Litem report and in the stipulated, proposed Order Approving Minor Settlement submitted herewith. (Dkt. 389.) The Settlement GAL recommends that this Court approve the terms of the Settlement Agreement.

20

## V.    AUTHORITY & ARGUMENT

21
22
23
24

The Court's approval of the settlement is appropriate because the settlement terms negotiated between the Parties are "fundamentally fair, adequate, and reasonable." *United States v. Oregon*, 913 F.2d 576, 580 (9th Cir. 1990). Here, the Parties agree that the Settlement Agreements are fair, adequate, and reasonable. Further, the SGAL has recommended that the Court

25

STIPULATED MOTION TO APPROVE SETTLEMENT
AND DISMISS AND DISMISSAL ORDER - 2
[3:21-CV-05800-DGE]

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

approve the settlement and has outlined two settlement allocation options that provide for a fair and reasonable compromise. Accordingly, the Court's approval of the settlement, and related dismissal of this case is appropriate.

## VI.   CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court approve the settlement reached between the Parties and dismiss this case with prejudice and without further costs or attorneys' fees on the terms set forth in the Settlement GAL report. (Dkt. 387).

A proposed order accompanies this Motion. The subjoined proposed Order would accomplish final dismissal of this case with prejudice and without further costs or attorneys' fees.

DATED this 1st day of December, 2025.

By: s/ *Ryan D. Dreveskracht*
Ryan D. Dreveskracht, WSBA #42593
Gabriel S. Galanda, WSBA #30331
Galanda Broadman PLLC
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509
Email: ryan@galandabroadman.com
Email: gabe@galandabroadman.com

*Attorneys for Plaintiffs*

By: s/ *Anna K. Aruiza*
Anna K. Aruiza, WSBA # 39663
Ione S. George, WSBA # 18236
Katherine A. Cummings, WSBA # 51646
Kitsap County Prosecuting Attorney's Office
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992
Email: aaruiza@kitsap.gov
Email: igeorge@kitsap.gov
Email: kacummings@kitsap.gov

*Attorneys for Defendants Kitsap County, Gary Simpson, John Gese, Mark Rufener, Brandon Rohde, Andrew Hren, Elvia Decker, and John Petersen*

BAKER HOSTETLER LLP

By: s/ *Jarvarus A. Gresham*
Jarvarus A. Gresham (*admitted pro hac vice*
Cornelia Brandfield-Harvey, WSBA #59746
Gregory C. Ulmer (*admitted pro hac vice*)
999 Third Avenue, Suite 3900

STIPULATED MOTION TO APPROVE SETTLEMENT
AND DISMISS AND DISMISSAL ORDER - 3
[3:21-CV-05800-DGE]

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Seattle, WA 98104-4040
Telephone: (206) 332-1380
Email: cbrandfieldharvey@bakerlaw.com
Email: gulmer@bakerlaw.com
Email: jgresham@bakerlaw.com

*Attorneys for Defendant NaphCare, Inc.*

STIPULATED MOTION TO APPROVE SETTLEMENT
AND DISMISS AND DISMISSAL ORDER - 4
[3:21-CV-05800-DGE]

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

1

**ORDER**

2          Having considered the Stipulated Motion, Settlement GAL Report, and other materials,

3  the Court hereby dismisses this case with prejudice and without further costs or attorneys' fees.

4  This Order of dismissal is accompanied by the simultaneously entered Order Approving Minor

5  Settlement.

6

          IT IS SO ORDERED this 16th day of January, 2025.

7

8

9          DAVID G. ESTUDILLO
           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  STIPULATED MOTION TO APPROVE SETTLEMENT
    AND DISMISS AND DISMISSAL ORDER - 5
    [3:21-CV-05800-DGE]

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509